Page: 1

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

| Case Number: | 16-10385-R | Trustee: | (560010) SCOTT P. KIRTLEY |
|---|---|---|---|
| Case Name: | MULDER, WILLIAM BRIAN | Filed (f) or Converted (c): | 03/09/16 (f) |
| | | §341(a) Meeting Date: | 04/07/16 |
| Period Ending: | 09/30/19 | Claims Bar Date: | 01/31/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 6002 East 106th Street, Tulsa OK 74137-0000 | 950,000.00 | 0.00 | | 0.00 | FA |
| 2 | 180 Grace Chapel Road, Units 215 and 217, Blue E | 260,000.00 | 0.00 | | 0.00 | FA |
| 3 | 180 Grace Chapel Road, Unit 317, Blue Eye MO 656 | 130,000.00 | 0.00 | | 0.00 | FA |
| 4 | 180 Grace Chapel Road, Unit 321, Blue Eye MO 656 | 120,000.00 | 0.00 | | 0.00 | FA |
| 5 | 8404 Vacation Way, Orlando FL 32821-0000, Orange | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | 91 North Seapines Drive, Hilton Head Island SC 2 | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Cash | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | Deposits of money - : Bank of Oklahoma #8356 MFT | 1,271.97 | 0.00 | | 0.00 | FA |
| 9 | Deposits of money - : Patriot Bank #6144 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Deposits of money - : Bank of Oklahoma #8510 Mul | 959.49 | 0.00 | | 0.00 | FA |
| 11 | Deposits of money - : Bank of Oklahoma #8488 Leg | 70.58 | 0.00 | | 0.00 | FA |
| 12 | Deposits of money - : Tulsa Teacher's Credit Uni | 400.00 | 0.00 | | 0.00 | FA |
| 13 | Deposits of money - : Tulsa Teacher's Credit Uni | 25.00 | 0.00 | | 0.00 | FA |
| 14 | Deposits of money - : Ally Bank | 200.00 | 0.00 | | 0.00 | FA |
| 15 | Deposits of money - : Bank of Oklahoma | 75.00 | 0.00 | | 0.00 | FA |
| 16 | Deposits of money - : Patriot Checking Account # | 2,000.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

| Case Number: | 16-10385-R | Trustee: | (560010) SCOTT P. KIRTLEY |
| --- | --- | --- | --- |
| Case Name: | MULDER, WILLIAM BRIAN | Filed (f) or Converted (c): | 03/09/16 (f) |
| | | §341(a) Meeting Date: | 04/07/16 |
| Period Ending: | 09/30/19 | Claims Bar Date: | 01/31/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 17 | Deposits of money - : Bank of Oklahoma #1207 MFT | 300.00 | 0.00 | | 0.00 | FA |
| 18 | Misc. Household Goods and Furnishings | 12,500.00 | 0.00 | | 0.00 | FA |
| 19 | Four televisions, four desktop computers, iPad, | 2,000.00 | 0.00 | | 0.00 | FA |
| 20 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Wedding Band | 90.00 | 0.00 | | 0.00 | FA |
| 22 | Misc. Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 23 | 9mm Glock | 150.00 | 0.00 | | 0.00 | FA |
| 24 | John Hancock $2,000,000 Death Benefits Only Debt | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Mulder Companies, Inc. S Corporation Company has | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Mulder Properties, LLC This company owned a "cab | 0.00 | 0.00 | | 0.00 | FA |
| 27 | Legacy Life Editors, LLC This is a company with | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Legacy Ministries 501c(3) organization opened se | 0.00 | 0.00 | | 0.00 | FA |
| 29 | MFT Properties LLC | 0.00 | 0.00 | | 0.00 | FA |

Form 1
Individual Estate Property Record and Report
Asset Cases

Page: 3

**Case Number:** 16-10385-R
**Case Name:** MULDER, WILLIAM BRIAN
**Period Ending:** 09/30/19

**Trustee:** (560010)   SCOTT P. KIRTLEY
**Filed (f) or Converted (c):** 03/09/16 (f)
**§341(a) Meeting Date:** 04/07/16
**Claims Bar Date:** 01/31/17

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 30 | This company owned a commerci | 25,000.00 | 0.00 | | 0.00 | FA |
| 31 | Tax refunds owed to you - Federal: 2015 Tax refu | 27,000.00 | 0.00 | | 0.00 | FA |
| 32 | Shawn and Jerusha Sejera owe Bill Mulder for an | Unknown | 0.00 | | 0.00 | FA |
| 33 | The Mulder Family Trust Debtor is a settlor and | 0.00 | 0.00 | | 0.00 | FA |
| 34 | Debtor's spouse has inheritance money from the D | Unknown | 0.00 | | 0.00 | FA |
| 35 | Claims against Firstar Bank | 16,405.00 | 0.00 | | 0.00 | FA |
| 36 | 2014 Nissan Murano | 28,492.00 | 4,808.48 | | 4,808.48 | FA |
| 37 | 2013 Chevrolet Avalanche (Trustee recovered equity in Avalanche) | 42,422.00 | 0.00 | | 0.00 | FA |
| 38 | 2013 Mercedes GL450 | 0.00 | 0.00 | | 0.00 | FA |
| 39 | 2004 Lincoln Navigator Original scheduled value $6,241.00. Amended to zero value 7/19/16. | 21,336.00 | 0.00 | | 0.00 | FA |
| 40 | 2014 Jeep Wrangler (son's car) | 11,217.00 | 0.00 | | 0.00 | FA |
| 41 | 2008 Infiniti G35 (daughter's car) | 11,251.00 | 0.00 | | 0.00 | FA |
| 42 | 2006 Audi A8L | 11,313.00 | 0.00 | | 0.00 | FA |
| 43 | 2013 Audi A8L (lease) | 20,002.00 | 0.00 | | 0.00 | FA |
| | 2013 Chevrolet Express Van | | | | | |

**Form 1**
**Individual Estate Property Record and Report**
**Asset Cases**

**Case Number:** 16-10385-R
**Case Name:** MULDER, WILLIAM BRIAN

**Trustee:** (560010)  SCOTT P. KIRTLEY
**Filed (f) or Converted (c):** 03/09/16 (f)
**§341(a) Meeting Date:** 04/07/16
**Claims Bar Date:** 01/31/17

**Period Ending:** 09/30/19

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 44 | 2011 Jeep Wrangler (jointly owned w/ spouse) | 0.00 | 0.00 | | 0.00 | FA |
| 45 | 2013 Kubota Tractor | 12,000.00 | 0.00 | | 0.00 | FA |
| 46 | 2013 Kubota ATV | 5,000.00 | 0.00 | | 0.00 | FA |
| 47 | TTCU warranty refund (u) | 565.98 | 565.98 | | 565.98 | FA |
| 48 | Transfer of insurance agency to spouse (u) | 10,000.00 | 0.00 | | 0.00 | FA |
| 49 | Spouse's TTCU checking acct (u)<br>Listed on Amended Schedules filed 4/6/16 and 7/19/16. | 400.00 | 0.00 | | 0.00 | FA |
| 50 | Debtor's interest in blind trust (u)<br>Listed on Amended Schedules filed 4/6/16 and 7/19/16. | Unknown | 0.00 | | 0.00 | FA |
| 51 | Possible prof negligence claim (u)<br>Listed on Amended Schedules filed 4/6/16 and 7/19/16. | Unknown | 0.00 | | 0.00 | FA |
| 52 | Possible defamation claim--Jim Bakker (u)<br>Listed on Amended Schedules filed 4/6/16 and 7/19/16. | Unknown | 0.00 | | 0.00 | FA |
| 52 Assets | **Totals** (Excluding unknown values) | **$1,729,146.02** | **$5,374.46** | | **$5,374.46** | **$0.00** |

**Major Activities Affecting Case Closing:**

Trustee in process of reviewing claims and submitting his TFR.
Claims against FirstStar and employees of bank have been dismissed due to defenses of offset and collectability.
Claims against spouse re: Transfer of insurance agency are not beneficial to the Estate.
Agreed Order entered 5/9/16 regarding BancFirst's stay/abandonment motion.

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 16-10385-R  
**Case Name:** MULDER, WILLIAM BRIAN  
**Period Ending:** 09/30/19

**Trustee:** (560010) SCOTT P. KIRTLEY  
**Filed (f) or Converted (c):** 03/09/16 (f)  
**§341(a) Meeting Date:** 04/07/16  
**Claims Bar Date:** 01/31/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|

Objection to exemption overruled per Order 6/17/16.  
Form 1 updated 10/17/19.

**Initial Projected Date Of Final Report (TFR):** April 30, 2016  **Current Projected Date Of Final Report (TFR):** December 31, 2019

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 16-10385-R | | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|---|
| Case Name: | MULDER, WILLIAM BRIAN | | Bank Name: | Mechanics Bank |
| | | | Account: | ******8866 - Checking Account |
| Taxpayer ID #: | **-***4931 | | Blanket Bond: | $3,500,000.00 (per case limit) |
| Period Ending: | 09/30/19 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/03/16 | {36} | TTCU the Credit Union | Equity in 2013 Avalanche | 1129-000 | 4,808.48 | | 4,808.48 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,798.48 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,788.48 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,778.48 |
| 11/03/16 | {47} | TTCU | Warranty refund | 1229-000 | 565.98 | | 5,344.46 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,334.46 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,324.46 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,314.46 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,304.46 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,294.46 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,284.46 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,274.46 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,264.46 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,254.46 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,244.46 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,234.46 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,224.46 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,214.46 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,204.46 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,194.46 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,184.46 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,174.46 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,164.46 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,154.46 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,144.46 |

Subtotals : $5,374.46  $230.00

{} Asset reference(s)

# Form 2
# Cash Receipts And Disbursements Record

| Case Number: | 16-10385-R | Trustee: | SCOTT P. KIRTLEY (560010) |
|---|---|---|---|
| Case Name: | MULDER, WILLIAM BRIAN | Bank Name: | Mechanics Bank |
| | | Account: | ******8866 - Checking Account |
| Taxpayer ID #: | **-***4931 | Blanket Bond: | $3,500,000.00 (per case limit) |
| Period Ending: | 09/30/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,134.46 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,124.46 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,119.46 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 5,114.46 |

|  |  | Receipts | Disbursements |  |
|---|---|---|---|---|
| **ACCOUNT TOTALS** | | 5,374.46 | 260.00 | $5,114.46 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | 5,374.46 | 260.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$5,374.46** | **$260.00** | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******8866 | 5,374.46 | 260.00 | 5,114.46 |
| **TOTAL - ALL ACCOUNTS** | **$5,374.46** | **$260.00** | **$5,114.46** |